Lloyd Winburn
8017 Rogers Road
Chapel Hill, NC 27516-9292
Telephone: 1 919-265-4133

**FILED**

SEP 2 5 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

**Judge Garland E. Burrell, Jr.**
**U.S. District Judge**
**Eastern District of California**
**501 I Street, Suite. 4-200**
**Sacramento, CA 95814**
**(916) 930-4000**

September 12, 2006

**Subject:   Request to have Supervised Release terminated**
           **Case:  United States v. Lloyd**

**Winburn**
           **Number: 2:97CR00216-004**  GEB

**Dear Judge**

**There is a sense of urgency in this request in that I have to move and without your permission to travel have no place to go**

**I am one year into a three year period of supervised release. I have finished a 63 months sentence, most of which was spent at Seymour Johnson AFB Federal Prison Camp. My sentence was for three counts of conspiracy to defraud the IRS. Actually, I was only convicted on two counts. There were no priors; there were no weapons involved, nor were there any involvement in drugs; there was no fine imposed and the IRS said they had a way to collect the taxes in question, so there was no demand for restitution. I had no prior convictions.**

**During my imprisonment, I was an exemplary inmate with no record of incidents of any kind of violations. I partook of every program offered. I worked in dducation as a tutor for GED and taught Spanish as a volunteer with classes daily for 18 months. I worked in the community at Habit for Humanity; the city of Goldsboro Parks and Recreation Department and at the Municipal Golf Course.**

**My wife died just after I was incarcerated and is buried in Mexico. I want desperately to visit her burial place and attend a Mass for her. My son Craig Voorhees Winburn lives in Guadalajara, Mexico, and as invited me to stay with him and his wife. I was living in Mexico at the time of my incarceration and can live there on the meager Social Security payments**

of $750 a month. I cannot survive here in the United States. I will be 80 years old in January.

I am requesting travel to visit my son Mark, Winburn in Phoenix, Arizona, and want to leave for there as early as the first of October. I would be able to attend Court if that is necessary after that date.

Since I would be leaving the country, I cannot do that without a passport and I request that you notify the Department of State that I will be free to travel, thus they would have no reason not to fulfill the request for a renewal of my passport.

Please give approval to this urgent appeal. I was advised to ask for release from supervised release but would be happy to report in every 6 months in person or monthly by email or mail as you might require.

Sincerely,

Lloyd R. Winburn
FRN: 20872-112
Telephone: 1 919-265-4133

Cc: Ben Wagner, United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916)554-2700 (916)554-2900

Karen J. Tremblay, US Probation Officer, Telephone: 919-317-1997, ext 119
2330 Broad Street
Durham, NC27704